## UNIVERSAL LEAF TOBACCO CO. v. OLDHAM

No. 121P94

Case below: 113 N.C.App. 490

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

## UNIVERSITY OF NORTH CAROLINA v. SHOEMATE

No. 71P94

Case below: 113 N.C.App. 205

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

## VAUGHAN v. J. P. TAYLOR CO.

No. 234P94

Case below: 114 N.C.App. 651

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

## VILEISIS v. JAEGER

No. 204P94

Case below: 114 N.C.App. 271

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

## WAGONER v. ELKIN CITY SCHOOLS' BD. OF EDUCATION

No. 151P94

Case below: 113 N.C.App. 579

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.